THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:10-cr-00017-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>            Plaintiff, ) <br>   vs.      ) <br> ) <br> ) <br> BRIDGEO MARTINO PHILLIPS, SR., ) <br> ) <br>            Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

Due to a clerical error in the Presentence Investigation Report in this matter, the Judgment entered in this case on December 14, 2011, also contains the same clerical error which orders the Defendant to make restitution in the amount of $6,007.50 to the "Eastern Band of Choctaw Indians." [Doc. 22 at 5]. It has come to the Court's attention that the proper name of this payee is the "Mississippi Band of Choctaw Indians." The Court therefore shall order the Judgment to be amended to correct the clerical error and to reflect the proper payee.

**IT IS, THEREFORE, ORDERED** that the Judgment shall hereby be amended to reflect that the proper payee of $6,007.50 is the "Mississippi

Band of Choctaw Indians" and not the "Eastern Band of Choctaw Indians" as previously ordered.

The Clerk is directed to prepare an amended judgment in accordance with this Order.

**IT IS SO ORDERED.**

Signed: January 27, 2016

Martin Reidinger
United States District Judge